**Mari OTTO, Plaintiff-Appellant,**

v.

**Margaret M. HECKLER, Secy., Department of Health & Human Services, Defendant,**

**Howard Jacobson, Defendant-Appellee.**

**No. 84–6563.**

United States Court of Appeals, Ninth Circuit.

Oct. 14, 1986.

Before MERRILL, TANG and BOOCHEVER, Circuit Judges.

---

## ORDER AMENDING OPINION

The opinion issued January 28, 1986 is amended as follows:

Delete the last two sentences and substitute:

Retention of jurisdiction over the pendent state claims is a matter for the district court's discretion. *Rosado v. Wyman,* 397 U.S. 397, 403–05, 90 S.Ct. 1207, 1213–14, 25 L.Ed.2d 442 (1970). The usual rule is that state claims should be dismissed if the federal claims are dismissed before trial. *United Mine Workers v. Gibbs,* 383 U.S. 715, 726, 86 S.Ct. 1130, 1139, 16 L.Ed.2d 218 (1966); *Jason v. Fonda,* 698 F.2d 966, 967 (9th Cir.1982); *Wren v. Sletten Construction Co.,* 654 F.2d 529, 536 (9th Cir.1981). The district court, of course, has the discretion to determine whether its investment of judicial energy justifies retention of jurisdiction, *Rosado,* 397 U.S. at 403, 90 S.Ct. at 1213, or if it should more properly dismiss the claims without prejudice.